UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

NO. *5:18-CR-00421-1BO(1)*

UNITED STATES OF AMERICA, )
                          )
                          )
        v.                )        INDICTMENT
                          )
                          )
MARCUS JONES              )

The Grand Jury charges that:

## Count One

On or about June 1, 2018, in the Eastern District of North Carolina, MARCUS JONES, the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## Count Two

On or about June 1, 2018, in the Eastern District of North Carolina, MARCUS JONES, the defendant herein, did knowingly, intentionally, and unlawfully possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, a quantity of cocaine, a Schedule II controlled substance, and a quantity of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## Count Three

On or about June 1, 2018, in the Eastern District of North Carolina, MARCUS JONES, the defendant herein, who, did knowingly possess a firearm in furtherance of a drug trafficking crime as charged in Count Two of this indictment in violation of Title 18, United States Code, Section 924(c)(1)(A).

(Intentionally left blank)

## FORFEITURE NOTICE

As a result of the foregoing offenses, the defendant shall forfeit to the United States any and all of the defendant's interest in any firearms and ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g), under the provisions of Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code. The forfeitable property includes, but is not limited to:

(1) .380 caliber ammunition

If any of the above-described forfeitable property, as a result of any act or omission of the defendant –

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of said defendant up to the value of the above

forfeitable property.

**REDACTED VERSION**
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

A TRUE BILL:

FOREPERSON

10/17/18
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: Chad E. Rhoades
Assistant United States Attorney

4