

**U. S. Department of Justice**

*Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*  *Telephone (919) 856-4530*
*310 New Bern Avenue*  *Criminal FAX (919) 856-4487*
*Suite 800*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

DATE: October 17, 2018

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: ROBERT J. HIGDON, JR.
United States Attorney

ATTN OF: CHAD E. RHOADES *CER*
Assistant United States Attorney

SUBJECT: U.S. v. Marcus JONES
No. 5:18-CR-00421-BO(1) WESTERN DIVISION

Please issue warrants for the arrest for the below listed defendants and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service:

- **MARCUS JONES**

Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
US Probation Office