# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

MARCUS JONES

**WARRANT FOR ARREST**

CRIMINAL CASE: 5:18-CR-00421-1BO(1)

To: The United States Marshal and any Authorized United States Officer: YOU ARE HEREBY COMMANDED to arrest

<u>MARCUS JONES</u> and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of a firearm by a convicted felon.
Count 2 - 21 U.S.C. § 841(a)(1): Possess with the intent to distribute a quantity of marijuana, a quantity of cocaine and a quantity of oxycodone.
Count 3 - 18 U.S.C. § 924(c)(1)(A): Possession of a firearm in furtherance of a drug trafficking crime.

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

OCTOBER 18, 2018 - RALEIGH, NORTH CAROLINA
Date and Location

FILED
NOV 14 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Recommended Bond: DETENTION

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at

| DATE RECEIVED | 10/19/18 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|---|
| DATE OF ARREST | 11/13/18 | Tommy Black, ATF | S. Tanner, USMS |