UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-421-BO

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| VS. | ) | **WAIVER OF DETENTION HEARING** |
|  | ) |  |
|  | ) |  |
| MARCUS JONES | ) |  |

I, **MARCUS JONES** charged with an offense against the laws of the United States, acknowledge that I have been informed by the Court of the Complaint, Information, Indictment, or Motion for Revocation against me, of any Affidavit filed therewith, and the right to be represented by counsel, all of which I fully understand, and I do hereby waive my rights to a Detention Hearing in this case.

_____
Defendant's Signature

Deirdre A. Murray
Defense Counsel's Name **PLEASE PRINT**

_____
Defense Counsel's Signature

11-16-18
Date

_____
JAMES E. GATES
United States Magistrate Judge